AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT



### Northern District of California

WHAM-O, INC

**SUMMONS IN A CIVIL ACTION**

V.

BIG TIME TOYS LLC

CASE NUMBER:

*PVT*

# CV 08    0841

TO: (Name and address of Defendant)
Big Time Toys LLC
8005 Church Street East
Brentwood, Tennessee 37207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Annette L. Hurst
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 9410

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

FEB   6 2008

_____
CLERK                                                                    DATE

HELEN L. ALMACEN

_____
(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

ANNETTE L. HURST (SBN 148738)
HELLER EHRMAN LLP
333 Bush Street, 31st Floor
San Francisco, CA 94104
Telephone: (415) 772-6000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: WHAM-O, INC.

Defendant: BIG TIME TOYS LLC etc.

Ref#: 230455    *    PROOF OF SERVICE    *    Case No.: CV 08 0841 PVT

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE
DESIGNATION OR ORIGIN, TRADEMARK DILUTION AND UNFAIR COMPETITION; CIVIL COVER SHEET; REPORT
ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; WELCOME TO THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN
JOSE DIVISION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE; ECF
REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; ADR INFORMATION PACKET

in the within action by personally delivering true copies thereof to the
person named below, as follows:

        Party served    : BIG TIME TOYS LLC

        By serving    : John Taylor, Authorized Agent

        Address    : (Business)
            708 Berry Road
            Nashville, TN 37204

        Date of Service: February 11, 2008

        Time of Service: 3:40 PM

Person who served papers:
LEE MILLER
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $449.40
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County: Tennessee

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: February 11, 2008        Signature _____

**PROOF OF SERVICE BY FEDERAL EXPRESS**
CASE NO. 5:08-CV-0841-PVT, N.D. CAL.

I, Mark C. Williams, declare as follows:

I am and was at the time of the service mentioned in this certificate employed with Heller Ehrman at 333 Bush Street, San Francisco, CA 94104. I am over the age of 18 years and not a party to the within action.

On February 15, 2008 I served the following document:

**SUMMONS RETURNED EXECUTED**

on the party to this action by placing a true and correct copy in an envelope marked for delivery via Federal Express for next day delivery to the attention of:

Mr. Sam Harwell
BIG TIME TOYS
708 Berry Road
Nashville, TN 37204

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on this 15th day of February, 2008 at San Francisco, CA.

Mark C. Williams

Heller
Ehrman LLP