1  ANNETTE L. HURST (Bar No. 148738)
   Annette.Hurst@hellerehrman.com
2  ELISABETH R. BROWN (Bar No. 234879)
   Elisabeth.Brown@hellerehrman.com
3  HELLER EHRMAN LLP
4  333 Bush Street
   San Francisco, CA 94104
5  Telephone: +1 (415) 772-6000
   Facsimile: +1 (415) 772-6268
6
7  JOHN C. ULIN (Bar No. 165524)
   John.Ulin@hellerehrman.com
8  333 South Hope Street, 39th Floor
   Los Angeles, CA 90071
9  Telephone: +1 (213) 689-0200
   Facsimile: +1 (213) 614-1868
10
11 Attorneys for Plaintiff
   WHAM-O, INC.
12
   -and-
13
14 RILEY WARNOCK & JACOBSON, PLC
   JOHN W. PETERSON (Bar No. 179343)
15 jpeterson@rwjplc.com
   1906 West End Avenue
16 Nashville, TN 37203
   Telephone:  (615) 320-3700
17 Facsimile:   (615) 320-3737

18 Attorneys for Defendant
   BIG TIME TOYS, LLC
19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation, | Case No.: CV 08 0841 |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| BIG TIME TOYS, LLC, a Tennessee limited liability company, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**
**CASE NO.: CV 08 0841**

Plaintiff Wham-O, Inc. ("Plaintiff") and Defendant Big Time Toys, Inc. ("Defendant"), by and through their respective counsel hereby stipulate and agree pursuant to the Local Rule 6.1(a) of the Civil Local Rules of the Court that the time for Defendant to file an answer to the allegations in the Complaint in this matter be extended to and include March 17, 2008.  This stipulated extension will not alter the date of any event or any deadline already fixed by Court order.

Dated: March 3, 2008            Riley Warnock & Jacobson, PLC


By: /s/  *John Peterson*
Attorneys for Defendant Big Time Toys, LLC


-and-


Heller Ehrman LLP


By: /s/ *Annette L. Hurst*
Attorneys for Plaintiff Wham-O, Inc.

2

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**
CASE NO.: CV **08 0841**

1 | ATTESTATION OF E-FILED SIGNATURE

2 |     I, Annette L. Hurst, attest that John Peterson has read and approved the Stipulation
3 | for Extension of Time to Answer Complaint. I will maintain records of Mr. Peterson's
4 | concurrence in our files that can be made available for inspection upon request.

/s/Annette L. Hurst
Annette L. Hurst