ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
ELISABETH R. BROWN (Bar No. 234879)
Elisabeth.Brown@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

JOHN C. ULIN (Bar No. 165524)
John.Ulin@hellerehrman.com
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: +1 (213) 689-0200
Facsimile: +1 (213) 614-1868

Attorneys for Plaintiff
WHAM-O, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BIG TIME TOYS, LLC, a Tennessee limited liability company,<br><br>　　　　　　　　Defendant. | Case No.: CV 08 0841<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE BY U.S. MAIL**
CASE NO.: 08-841 (PVT), N.D. CAL.

I, Mark C. Williams, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 Bush Street, San Francisco, CA 94104-2878. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On March 3, 2008, I served the following:

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

on the below party in this action by placing a true copy thereof in a sealed envelope, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

John W. Peterson, Esq.
RILEY WARNOCK & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615-320-3737

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on March 3, 2008 at San Francisco, California.

_____
Mark C. Williams