1 | DAVID H. BATE (CAL. SB# 133123)
dbate@bpdzylaw.com
2 | BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street
3 | 15th Floor
Los Angeles, CA  90017
4 | Telephone:  (213) 362-1860
Facsimile:   (213) 362-1861
5 |
JOHN W. PETERSON (CAL. SB# 179343)
6 | jpeterson@rwjplc.com
RILEY WARNOCK & JACOBSON, PLC
7 | 1906 West End Avenue
Nashville, TN 37203
8 | Telephone:   (615) 320-3700
Facsimile:    (615) 320-3737
9 |
Attorneys for Defendant
10 | BIG TIME TOYS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WHAM-O, a Delaware corporation, | Case No. CV 08 0841 |
|---|---|
| Plaintiff | |
| vs. | **DEFENDANT BIG TIME TOYS, LLC'S CORPORATE DISCLOSURE** |
| BIG TIME TOYS, LLC, a Tennessee limited liability company, | Action Filed: February 6, 2008<br>Trial Date:       None set. |
| Defendant. | |

ANSWER OF DEFENANT BIG TIME TOYS, INC. TO COMPLAINT OF SLB TOYS, USA, INC.

**DISCLOSURE OF CORPORATION INTEREST CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Big Time Toys, LLC that the following corporate interests are disclosed:

1. The parent companies of the corporation:  none

2. Any publicly held company that owns ten percent (10%) or more of the corporation:  none

Dated: March 17, 2008

BATE, PETERSON, DEACON, ZINN & YOUNG LLP

__/S/_____
David H. Bate
Attorneys for Defendant
Big Time Toys, LLC

2

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT