**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WHAM-O, INC.,                                                  C 08-00841 PVT

        *Plaintiff(s),*

                                            **CLERK'S NOTICE RESCHEDULING**
                                            **CASE MANAGEMENT CONFERENCE**

*vs.*

BIG TIME TOYS, LLC.,

        *Defendant(s).*

_____

Please take notice that the Case Management Conference previously scheduled for May 27, 2008 has been rescheduled for **June 10, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 14, 2008

                                /s/ Corinne Lew
                                _____
                                Corinne Lew
                                DEPUTY CLERK