```
 1  ANNETTE L. HURST (Bar No. 148738)
    Annette.Hurst@hellerehrman.com
 2  ELISABETH R. BROWN (Bar No. 234879)
    Elisabeth.Brown@hellerehrman.com
 3  HELLER EHRMAN LLP
    333 Bush Street
 4  San Francisco, California 94104-2878
    Telephone: +1.415.772.6000
 5  Facsimile:  +1.415.772.6268
 6
 7  JOHN C.ULIN (Bar No. 165524)
    John.Ulin@hellerehrman.com
 8  333 South Hope Street, 39th Floor
    Los Angeles, CA 90071
 9  Telephone: +1 (213) 689-0200
    Facsimile: + (213) 614-1868
10
11  Attorneys for Plaintiff
    WHAM-O, INC.
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WHAM-O, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>BIG TIME TOYS, LLC,<br><br>                Defendant. | Case No.: C 08-00841 PVT<br><br>**JOINT ADR CERTIFICATION, STIPULATION TO ADR PROCESS AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
|---|---|

**JOINT ADR CERTIFICATION**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 20, 2008                    /s/   Nicholas Wilcockson
                                        for WHAM-O, INC.

Dated: May 20, 2008                    /s/   Elisabeth R. Brown
                                        Attorney for Plaintiff

Dated: May 20, 2008                    /s/   Jeff Allen
                                        for BIG TIM TOYS LLC

Dated: May 20, 2008                    /s/   John W. Peterson
                                        Attorney for Defendant

## **JOINT ADR STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

      _     Non-binding Arbitration (ADR L.R. 4)

      _     Early Neutral Evaluation (ENE) (ADR L.R. 5)

      X     Mediation (ADR L.R. 6)

**Private Process:**

      _     Private ADR (*please identify process and provider*)_____

The parties agree to hold the ADR session by:

2

|     |     |
| --- | --- |
| X   | the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)* |
| _   | other requested deadline _____ |

Dated: May 20, 2008                     /s/   *Elisabeth R. Brown*
                                        Attorney for Plaintiff


Dated: May 20, 2008                     /s/   *John W. Peterson*
                                        Attorney for Defendant


# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    _    Non-binding Arbitration

    _    Early Neutral Evaluation (ENE)

    X    Mediation

    _    Private ADR

Deadline for ADR session:

    X    90 days from the date of this order.

    _    other _____

IT IS SO ORDERED.

Dated: _____                       _____
                                        UNITED STATES MAGISTRATE JUDGE


## ATTESTATION OF E-FILED SIGNATURE

I, Elisabeth R. Brown, attest that Nicholas Wilcockson, Jeff Allen, and John W. Peterson have read and approved the Joint ADR Certification, Stipulation to ADR Process and [Proposed] Order Selecting ADR Process. I will maintain records of their concurrence in our files that can be made available for inspection upon request.

                                        /s/   *Elisabeth R. Brown*

3