ANNETTE L. HURST (Bar No. 148738)
Annette.Hurst@hellerehrman.com
ELISABETH R. BROWN (Bar No. 234879)
Elisabeth.Brown@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

JOHN C. ULIN (Bar No. 165524)
John.Ulin@hellerehrman.com
333 South Hope Street, 39th Floor
Los Angeles, CA 90071
Telephone: +1 (213) 689-0200
Facsimile: +1 (213) 614-1868

Attorneys for Plaintiff
WHAM-O, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIG TIME TOYS, LLC, a Tennessee limited liability company,<br><br>Defendant. | Case No.: Case No.: C 08-00841 PVT<br><br>**DECLINATION OF CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

Pursuant to Local Rule 73-1(a), the undersigned party respectfully declines to consent to the assignment of the above-captioned case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment to a United States District Court Judge.

//

//

//

Heller Ehrman LLP

DECLINATION OF CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. 5:08-CV-841

-1-

1  DATED: June 3, 2008                    HELLER EHRMAN LLP

                                                                                                                */s/ Annette L. Hurst*
ANNETTE L. HURST

Attorneys for Plaintiff
WHAM-O, INC.

Heller Ehrman LLP

DECLINATION OF CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
CASE NO. 5:08-CV-841

-2-