1  ANNETTE L. HURST (Bar No. 148738)
2  Annette.Hurst@hellerehrman.com
   ELISABETH R. BROWN (Bar No. 234879)
3  Elisabeth.Brown@hellerehrman.com
   HELLER EHRMAN LLP
4  333 Bush Street
5  San Francisco, California  94104-2878
   Telephone:  +1.415.772.6000
6  Facsimile:   +1.415.772.6268

7  JOHN C.ULIN (Bar No. 165524)
8  John.Ulin@hellerehrman.com
   333 South Hope Street, 39th Floor
9  Los Angeles, CA 90071
   Telephone: +1 (213) 689-0200
10 Facsimile: + (213) 614-1868

11 Attorneys for Plaintiffs
12 WHAM-O, INC.

*E-FILED - 9/30/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation, | Case No.: CV 08-0841 RMW (PVT) |
| Plaintiff, | **STIPULATION AND [] ORDER FOR CONSENT INJUNCTION** |
| v. | |
| BIG TIME TOYS, LLC, a Tennessee limited liability company, | |
| Defendant. | |

Heller Ehrman LLP

STIPULATION AND [] ORDER FOR CONSENT INJUNCTION
Case No.: CV 08-0841 RMW  (PVT)

This Stipulation and Order for Consent Injunction is made between Plaintiff Wham-O, Inc. ("Wham-O" or "Plaintiff") and Defendant Big Time Toys ("Big Time" or "Defendant"), by and through their counsel of record with reference to the following:

WHEREAS, Wham-O owns a trademark for the color yellow on water slide toys, as evidenced in U.S. Trademark Registration No. 1,432,069 and the goodwill associated therewith ("Yellow Water Slide Trademark");

WHEREAS, Wham-O's Yellow Water Slide Trademark has been held valid by the United States District Court for the Central District of California in *SLB Toys USA, Inc. v. Wham-O, Inc.*, CV 06-1382 RSWL (CWx) (C.D. Cal. Dec. 4, 2007) (the "Judgment");

WHEREAS, on or about February 6, 2008 WHAM-O filed a complaint entitled *Wham-O, Inc. v. Big Time Toys, LLC*, in the United States District Court for the Northern District of California, Case No. CV 08-0841 PVT ("the Action"), in which Wham-O alleged, *inter alia*, trademark infringement of Wham-O's Yellow Water Slide Trademark in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114, trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) and unfair competition in violation of the common law of the State of California concerning certain water slide toys designed, manufactured, distributed, marketed, advertised, sold, offered for sale by Big Time to retailers;

WHEREAS, Big Time acknowledges the ownership of the Yellow Water Slide Trademark in Wham-O, agrees to do nothing inconsistent with such ownership and agrees not to challenge the title of Wham-O to the Yellow Water Slide Trademark or the Judgment;

WHEREAS, the Parties each now desire to resolve, compromise and settle the Action; and

Heller
Ehrman LLP

1
STIPULATION AND [] ORDER FOR CONSENT INJUNCTION  Case No.: CV 08-0841 RMW (PVT)

WHEREAS, the Parties agree that a consent injunction relating to the manufacture, distribution, offering for sale or sale by Defendant of the materials depicted in Exhibit 1 is a necessary and material component of the settlement agreement;

NOW, THEREFORE, Plaintiff and Defendant, by and through their counsel of record, hereby agree and stipulate that this Consent Injunction shall be entered as a permanent injunction in this action as follows:

1. Defendant Big Time, and all of its officers, directors, employees, agents, successors and assigns, and all persons in active concert or participation with any of them are hereby enjoined from further manufacturing, distribution, marketing, advertising, offering for sale or sale of the packaging depicting a yellow water slide depicted in Exhibit 1;

2. Big Time has certified that all specimens of the packaging depicting a yellow water slide in Exhibit 1 in Big Time's possession, custody, and/or control shall be destroyed by September 18, 2008, and within ten business days thereafter supply Wham-O with an affidavit confirming such destruction.

3. Defendant Big Time, and all of its officers, directors, employees, agents, successors, assigns, and all persons in active concert or participation with any of them are hereby enjoined from any future infringement of Trademark Registration No. 1,432,069, including, but not limited to, manufacturing, distribution, marketing, advertising, offering to sell or selling the yellow water slide toy depicted on the packaging in Exhibit 1; and/or using the color yellow on the sliding surfaces of water slide toys, or packaging or advertising thereof, or any mark similar thereto or likely to cause confusion therewith in the sale, offering for sale, importation, distribution or advertising of water slide toys, at any locality in the United States.

4. The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Consent Injunction.

1  STIPULATED AND AGREED.

2  Dated:  September 25, 2008          HELLER EHRMAN LLP

4                                      By: _____/s/ *Annette L. Hurst*_____
                                              ANNETTE L. HURST

5                                      Attorneys for Plaintiff
                                       WHAM-O, INC.

8  Dated: September 25, 2008           RILEY WARNOCK & JACOBSON, PLC

10                                     By: _____/s/ *John W. Peterson* _____
                                              JOHN W. PETERSON

12                                     Attorneys for Defendant
                                       BIG TIME TOYS, LLC

14 IT IS SO ORDERED.

16 Dated:__9/30/08_____            By: _____
                                              The Honorable Ronald M. Whyte
17                                            United States District Court Judge

Heller
Ehrman LLP

3
STIPULATION AND [] ORDER FOR CONSENT INJUNCTION  Case No.: CV 08-0841 RMW (PVT)

**ATTESTATION OF E-FILED SIGNATURE**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

By     /s/ *Annette L. Hurst*
           ANNETTE L. HURST

Attorneys for Plaintiff
WHAM-O, INC.